UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| GERALD AND SANDRA WOOD | ) | Civil Action No. 4:23-cv-87-DJH |
| | ) | |
| PLAINTIFFS | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY | ) | |
| | ) | |
| DEFENDANT | ) | |

**DEFENDANT STATE FARM'S NOTICE OF REMOVAL**

*****

Comes the defendant, State Farm Fire and Casualty Company ("State Farm"), by counsel, and pleads and states as follows:

**I.**

Plaintiffs, Gerald and Sandra Wood, filed a Complaint in Muhlenberg Circuit Court, Kentucky, Case No. 23-CI-00244, on June 26, 2023, naming State Farm as a defendant which issued a homeowners insurance policy to Plaintiffs during the relevant times.

**II.**

Plaintiffs claim that their home and personal property sustained damage from a tornado on or about December 10, 2021 and allege that State Farm breached its contract of insurance and committed statutory bad faith by allegedly wrongfully failing to pay the full amount of their insurance claim which allegations State Farm denies.

**III.**

This is a civil action, and the amount in controversy at the time of filing, as claimed by Plaintiffs, exceeds $75,000. Plaintiffs submitted a contractor's estimate for alleged needed repairs

to the interior of the home for $89,798.32 which is over $80,000 more than State Farm's estimate of the cost to repair covered damage to the interior. Plaintiffs also request payment of additional living expenses and extra-contractual damages and statutory penalties for State Farm's alleged bad faith.

### IV.

This action involves a controversy between citizens of different states, and there is complete diversity of citizenship between Plaintiffs and Defendant:

(A)   Plaintiffs, Gerald and Sandra Wood, at the time of the commencement of this action, were citizens of the Commonwealth of Kentucky. At the times of the alleged date of loss and the filing of the lawsuit, Plaintiffs resided at 6735 State Route 175 N, Bremen, KY 42325. Upon information and belief, Plaintiffs intend to remain at said residence.

(B)   Defendant State Farm Fire and Casualty Company is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company incorporated and organized under the laws of the State of Illinois and maintains its principal place of business in the State of Illinois, and therefore is considered a citizen of the State of Illinois pursuant to 28 U.S.C. §1332(c).

### V.

Based upon the above allegations, this action is one to which the United States District Court is given original jurisdiction under 28 U.S.C. §1332(a)(1).

### VI.

Based on the above allegations, removal of this action to the United States District Court is proper under 28 U.S.C. §1441.

**VII.**

This Notice of Removal is timely filed in this Court within thirty (30) days after proper service of the Summons and Complaint on State Farm on or about June 28, 2023 pursuant to 28 U.S.C. §1446.

**VIII.**

Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law.

**IX.**

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Muhlenberg Circuit Court, as required by law.

**X.**

Filed herewith, and by reference made a part hereof, is a true and correct copy of all process, exhibits, pleadings and orders served upon Defendant and filed by Defendant in this action (attached as **Ex. A**).

**WHEREFORE**, this action is properly removed from the Circuit Court of Muhlenberg County, Kentucky, to this Court for all further proceedings.

BOEHL STOPHER & GRAVES, LLP

*/s/ David T. Klapheke*
David T. Klapheke
KBA # 86153
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
dklapheke@bsg-law.com
COUNSEL FOR DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY

3

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 18, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. It is further certified that a true copy hereof was emailed to the following:

Julie Scott Jernigan, Esq.
KBA# 90393
BOGGS LAW GROUP, PA
271 W Short Street, Suite 812
Lexington, Kentucky 40507
Phone: 859-629-8269
[boggs-pleadings@boggslawgroup.com](mailto:boggs-pleadings@boggslawgroup.com)
COUNSEL FOR PLAINTIFFS

                                  */s/ David T. Klapheke*
                                  David T. Klapheke